UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
DEC 3 0 2014
Clerk, U.S. District and Bankruptcy Courts

MUZAFFAR AHMED, )
)
Plaintiff, )
)
v. )
)
RABIA RIAZ, *et al.*, )
)
Defendants. )

Case: 1:14-cv-02207
Assigned To : Unassigned
Assign. Date : 12/30/2014
Description: Pro Se Gen. Civil

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and his *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The Federal Rules of Civil Procedure require that a complaint contain "'a short and plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the defendant fair notice of what the . . . claim is and the grounds upon which it rests[.]'" *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (quoting *Conley v. Gibson*, 355 U.S. 41, 47 (1957)). Further, a complaint must "contain sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Twombly*, 550 U.S. at 570). Although a *pro se* complaint is "held to less stringent standards than formal pleadings drafted by lawyers," *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (internal quotation marks and citation omitted), it too "must plead 'factual matter' that permits the court to infer 'more than the mere possibility of misconduct,'" *Atherton v. District of Columbia Office of the Mayor*, 567 F.3d 672, 681-82 (D.C. Cir. 2009) (quoting *Iqbal*, 556 U.S. at 678-79). As drafted, the complaint fails to meet these goals.

3

Plaintiff's claims appear to arise from defendants' alleged responsibility for criminal and domestic violence charges brought against him in New Jersey state court and his arrests by Clayton, New Jersey police officers. *See* Compl. at 1-2. Because defendants allegedly have caused physical mental and financial harm to plaintiff, he asks this Court for appointed counsel "to frame civil and criminal charges" against them. *Id.* at 3. Plaintiff also requests injunctive relief and compensatory damages. *See id.*

The factual allegations of the complaint are vague and conclusory, leaving defendants and the Court to wonder what claims plaintiff brings against which defendant under what statutory or constitutional provision. Moreover, the complaint's allegations fail to suggest more than the mere possibility of misconduct on defendants' part. The Court therefore will dismiss the complaint without prejudice. An Order accompanies this Memorandum Opinion.

DATE: 12/19/14

United States District Judge